IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV508-071
)
MARTIN H. EAVES, )
)
    Defendant. )

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Plaintiff acknowledges that he filed his cause of action pursuant to 28 U.S.C. § 1441 and submitted documents which he believes provide a basis for him to remove his state court cause of action to federal court.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's action is **REMANDED** to the Ware County Superior Court. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 29 day of May, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)